# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **YOSMINDA BASSETT,** )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN PROFIT RECOVERY,** )<br>**INC.,** )<br>)<br>  Defendant. ) | **CIVIL ACTION 09-0142-WS-M** |

## ORDER

Counsel for the defendant has informed the Magistrate Judge that this action has settled. Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate this action within thirty days from the date of the entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 29th day of May, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE