IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| YOSMINDA BASSETT,          ) | |
|                            ) | |
|    Plaintiff,  ) | |
|                            ) | CIVIL ACTION NO.: |
| v.                         ) | |
|                            ) | 1:09-cv-00142-WS-M |
| AMERICAN PROFIT RECOVERY,  ) | |
| INC.,                      ) | |
|                            ) | |
|    Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Yosminda Bassett and Defendant American Profit Recovery, Inc., by and through counsel, and hereby stipulate and request this Honorable Court to dismiss with prejudice the Complaint and all of Plaintiff's claims in this matter, with costs taxed as paid.

Respectfully submitted this the 12th day of June, 2009.

_____
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243-0189
*Attorney for American Profit Recovery, Inc.*

_____
W. Whitney Seals, Esq.
PATE & COCHRUN, LLP
Post Office Box 10448
Birmingham, Alabama 35202-0448
*Attorney for Plaintiff Yosminda Bassett*